UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Maria F. Velez
    Plaintiff

V.                                                   CA 07-170S

Michael J. Astrue,
Commissioner of Social Security
    Defendant

### ORDER

    The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 23, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Defendant's Motion to Remand is GRANTED and the matter is remanded to the Commissioner for further administrative proceedings.

                                      BY ORDER:

                                      /s/ Noreen Caldwell
                                      DEPUTY CLERK

ENTER:


/s/ William E. Smith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 9/11/07