UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARIA VELEZ,
      Plaintiff

v.                                                                   C.A. No. 07-170 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
      Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 11, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's unopposed Motion to Dismiss is GRANTED and this action is DISMISSED pursuant to 28 U.S.C. § 1915 (e)(2)(B).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 8/28/09